

FILED by TB D.C.
ELECTRONIC
Oct 29, 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-20824-CR-MOORE/TORRES

8 U.S.C. § 1326(a)
18 U.S.C. § 1546(a)
18 U.S.C. § 982(a)(6)

UNITED STATES OF AMERICA

vs.

JONNY LOPEZ LOPEZ,

    Defendant.
_____/

### INDICTMENT

The Grand Jury charges that:

#### COUNT 1

On or about October 17, 2013, in Miami-Dade County, in the Southern District of Florida, the defendant,

**JONNY LOPEZ LOPEZ,**

an alien, having previously been removed and deported from the United States on or about October 17, 2002, was found to be in the United States, knowingly and unlawfully, without the Attorney General of the United States or his successor, the Secretary of Homeland Security (Title 6, United States Code, Sections 202(3), 202(4) and 557), having expressly consented to such alien's reapplying for admission to the United States, in violation of Title 8, United States Code, Section 1326(a).

## COUNT 2

On or about October 17, 2013, in Miami-Dade County, in the Southern District of Florida, the defendant,

**JONNY LOPEZ LOPEZ,**

did knowingly possess, use, and attempt to use a document prescribed by statute and regulation for entry into and as evidence of authorized stay and employment in the United States, that is, a Permanent Resident Card in the name of Jonny Lopez, knowing it to be forged, counterfeited, altered, and falsely made, in violation of Title 18, United States Code, Section 1546(a).

## FORFEITURE ALLEGATION

A. The allegations of Count 2 of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **JONNY LOPEZ LOPEZ**, has an interest.

B. Upon conviction of a violation of Title 18, United States Code, Section 1546(a), as alleged in this Indictment, the defendant, **JONNY LOPEZ LOPEZ**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(6)(A): (i) any conveyance, including any vessel, vehicle, or aircraft, used in the commission of such offense; (ii) any property, real or personal, that constitutes, is derived from, or is traceable to any proceeds obtained, directly or indirectly, from the commission of such offense; and (iii) any property, real or personal, that was used, or intended to be used, to facilitate the commission of such offense.

All pursuant to Title 18, United States Code, Sections 982(a)(6) and 982(b), and the procedures set forth in Title 21, United States Code, Section 853.

A TRUE BILL

FOREPERSON

WIFREDO A. FERRER
UNITED STATES ATTORNEY

AILEEN M. CANNON
ASSISTANT UNITED STATES ATTORNEY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

JONNY LOPEZ LOPEZ,

      Defendant.
_____/

CASE NO. _____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

New Defendant(s)    Yes ____ No ____
Number of New Defendants ____
Total number of counts ____

**Court Division:** (Select One)

__X__ Miami    ____ Key West
____ FTL    ____ WPB    ____ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) __No__
   List language and/or dialect _____

4. This case will take __3__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   I    0 to 5 days    __X__
   II    6 to 10 days    ____
   III    11 to 20 days    ____
   IV    21 to 60 days    ____
   V    61 days and over    ____

   (Check only one)
   Petty    ____
   Minor    ____
   Misdem.    ____
   Felony    __X__

6. Has this case been previously filed in this District Court? (Yes or No) __No__
   If yes:
   Judge: _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) __YES__
   If yes:
   Magistrate Case No. __13-3505-SIMONTON__
   Related Miscellaneous numbers: __N/A__
   Defendant(s) in federal custody as of __October 17, 2013__
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No) __No__

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ____ Yes __X__ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? ____ Yes __X__ No

                         _/s/ Aileen Cannon_
                         AILEEN M. CANNON
                         ASSISTANT UNITED STATES ATTORNEY
                         Florida Bar No. 0101484

*Penalty Sheet(s) attached

REV 4/8/08

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** JONNY LOPEZ LOPEZ

**Case No:** _____

Count #: 1

Illegal Re-entry After Removal

Title 8, United States Code, Section 1326(a)

* **Max. Penalty:** 2 Years' Imprisonment

Count #: 2

Possession, Use, and Attempted Use of a Counterfeit Permanent Resident Card

Title 18, United States Code, Section 1546(a)

* **Max. Penalty:** 10 Years' Imprisonment

Count #:

* **Max. Penalty:**

Count #:

* **Max. Penalty:**

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.