UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  13-CR-20824-MOORE

UNITED STATES OF AMERICA,

vs.

JONNY LOPEZ LOPEZ,

    Defendant(s).
_____/

**SENTENCING MINUTES**
**DATE:  November 13, 2013**
**TIME: 15 Minutes**

| | |
|---|---|
| Clerk: | Robin Godwin |
| Reporter: | Bonnie Lewis |
| AUSA: | Aileen Cannon |
| Deft. Counsel: | Kashap Patel |
| Interpreter: | Spanish |

**JUDGMENT AND SENTENCE**

| | |
|---|---|
| Imprisonment: | TIME SERVED as to Count 2. Remaining count(s) dismissed. |
| Supervised Release: | 1 Year as to Count 2; special conditions as set forth in Part G of the Pre-Sentence Investigation Report. |
| Assessment | $ 100.00 |

**Remanded to USM**

Recommendations: